UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-22067-CIV-SINGHAL

JAN CARLOS PIMENTEL,

    Plaintiff,

v.

FOLEY CARRIER SERVICES LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court on the Notice of Voluntary Dismissal with Prejudice filed by Plaintiff (DE [7]).  The Court having reviewed the Notice of Voluntary Dismissal and the docket, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 23rd day of June 2025.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF